David Bentz
193 Summer St., Apt 1L
Bridgewater, MA 02324

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530

Subject: Civil Rights Violation by the Rhode Island State Police

To: Civil Rights Division,

    I am reaching out to the Department of Justice for assistance with a Civil Rights Violation by the Rhode Island State Police against my person. They have fabricated evidence to proclaim I crossed state lines to meet a minor. Due to judicial bias, a birth certificate could not be entered on my behalf & a disregard of an agreed Terms of Service proving an agreed age. I accuse them of the following:

- Falsification of Evidence
- Kidnapping by Engallment
- False imprisonment

I have brought my evidence to the Massachusetts SORBS Board & have removed myself from SORBS through appeal. I am requesting the DOJ to investigate this matter.

Sincerely,


David Bentz




Additional Information:

Case Number: 1:17CR00035-01-WES
USM Number: 11450-070
No. 23-1608 – First Circuit Court of Appeals

COPY

David Bentz
193 Summer St., Apt 1L
Bridgewater, MA 02324

Federal Bureau of Investigation
Special Agent Ted E. Docks
201 Maple Street
Chelsea, MA 02150

Subject: Civil Rights Violation by the Rhode Island State Police

To Special Agent Ted E. Docks,

    I am reaching out to the FBI for assistance with a Civil Rights Violation by the Rhode Island State Police against my person. They have fabricated evidence to proclaim I crossed state lines to meet a minor. Due to judicial bias, a birth certificate could not be entered on my behalf & a disregard of an agreed Terms of Service proving an agreed age. I accuse them of the following:

- Falsification of Evidence
- Kidnapping by Engallment
- False imprisonment

I have brought my evidence to the SORBS Board & have removed myself from SORBS through appeal. I am requesting the Bureau to investigate this matter.

Sincerely,


David Bentz


Additional Information:

Case Number: 1:17CR00035-01-WES
USM Number: 11450-070
No. 23-1608 – First Circuit Court of Appeals



David Bentz
193 Summer St.
Bridgewater, MA 02324







United States Court of Appeals
for The first Circuit

John Joseph Moakley United States Courthouse
Chief Judge David J. Barron
1 Courthouse Way - Suite 2500
Boston, MA 02210

